MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE (213) 629-7600
FACSIMILE (213) 624-1376

Cameron W. Thomas (State Bar No. 210237)
*c.thomas@mpglaw.com*
Erin M. Donovan (State Bar No. 227697)
*e.donovan@mpglaw.com*
Reid E. Dammann (State Bar No. 249031)
*r.dammann@mpglaw.com*

Attorneys for Defendant T-MOBILE USA, INC.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M. STRASNER, an individual,<br>Plaintiff,<br>vs.<br>T-MOBILE USA, INC., a Delaware Corporation; DOE T-MOBILE AGENT, an individual; and DOES 2-100, inclusive,<br>Defendants. | CASE NO. **'14CV2635 H MDD**<br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(b) [DIVERSITY JURISDICTION]**<br>*[Filed Concurrently with Civil Cover Sheet in compliance with Southern District Local Rules 3.1]* |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant T-Mobile USA, Inc. ("T-Mobile") hereby removes this action from the Superior Court of the County of San Diego, Case No. 37-2014-00013884-CU-PO-CTL, to the United States District Court, Southern District of California pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446. Removal is proper for the following reasons:

1. On May 1, 2014, Plaintiff M. Strasner ("Plaintiff") filed a civil action entitled *M. Strasner v. T-Mobile et al.*, Case No. 37-2014-00013884-CU-PO-CTL, in the Superior Court of the State of California, County of San Diego, identifying T-

Mobile Corporation as a defendant. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's Summons and Complaint for Damages.

2. On August 4, 2014, Plaintiff filed an Amendment to Complaint identifying the proper defendant, T-Mobile USA, Inc. Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's Amendment to Complaint.

3. Plaintiff also served a Statement of Damages seeking general damages for pain, suffering and inconvenience in the amount of $5,000,000 and for emotional distress damages in the amount of $5,000,000 and special damages including medical expenses, future medical expenses, loss of earnings and loss of future earning capacity in an amount to be determined. Plaintiff also seeks punitive damages in the amount of $5,000,000. Attached hereto as Exhibit "C" is a true and correct copy of Plaintiff's Statement of Damages.

4. T-Mobile was served with Plaintiff's Complaint on or about October 6, 2014. Plaintiff's proof of service of the Complaint was filed on October 16, 2014. Attached hereto as Exhibit "D" is a true and correct copy of Plaintiff's Proof of Service of her Complaint for Damages.

5. As explained below, there is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds the $75,000 jurisdictional minimum.

## REMOVAL JURISDICTION

6. This is a civil action over which Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by T-Mobile pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

## COMPLETE DIVERSITY

7. Plaintiff alleges that she is an individual residing in the County of San Diego in the State of California. (Ex. A, Complaint, ¶ 1)

8. Plaintiff alleges, and T-Mobile, is a corporation organized and existing under the laws of Delaware with its principal place of business and headquarters in Bellevue, Washington. (Ex. A, Complaint, ¶ 2)

9. Plaintiff has also named Doe T-Mobile Agent and Does 2-100 as defendants. Pursuant to 28 U.S.C. § 1441(a), "the citizenship of Defendants sued under fictitious names shall be disregarded" for purposes of removal. Accordingly, the citizenship of these defendants may not be considered for diversity purposes.

10. Given that Plaintiff is a citizen of California and T-Mobile is a citizen of Delaware and Washington, complete diversity of citizenship exists between Plaintiff and Defendant.

## AMOUNT IN CONTROVERSY

11. Plaintiff's Complaint does not specify the amount of controversy. However, Plaintiff filed a Statement of Damages in conjunction with her Complaint, that states that she is seeking more than $10,000,000 in general damages, in addition to special damages in an amount to be determined and punitive damages. (Ex. C, Statement of Damages) Thus, the amount in controversy is substantially more than $75,000.

## TIMELY REMOVAL

12. This action was filed on May 1, 2014. However, the proper defendant, T-Mobile USA, Inc., was not added to the Complaint until August 4, 2014 and T-Mobile was not served until October 5, 2014. (Exs. B, D)

13. Pursuant to 28 U.S.C. § 1446(b), "[the] notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading."

14. Thirty days from the initial date of service on T-Mobile is November 5, 2014. As this notice was filed by November 5, 2014, T-Mobile's Notice of Removal was timely.

**VENUE**

15. The United States District for the Southern District of California is a proper venue in that the action being removed was filed in the Superior Court of the State of California, County of San Diego, and the asserted violations occurred in the County of San Diego. (Ex. A, Complaint, ¶ 1)

**NOTICE OF FILING IN SUPERIOR COURT**

16. Pursuant to 28 U.S.C. § 1446(d), a copy of this notice is being filed with the Clerk of the Superior Court of the County of San Diego of the State of California, and copies of this Notice of Removal are being served on Plaintiff.

**CIVIL COVER SHEET AND FILING FEE**

17. Accompanying this Notice of Removal are a Civil Cover Sheet and a credit card number for the required filing fee.

WHEREFORE, T-Mobile respectfully request that the above-entitled action now pending against it in Superior Court of County of San Diego, State of California, be removed therefrom to this Court.

DATED: November 4, 2014

MUSICK, PEELER & GARRETT LLP

By: ______________________

Cameron W. Thomas
Reid E. Dammann
Attorneys for Defendant T-MOBILE USA, INC.